Jonathan T. McMichael (CSB No. 304737)
jmcmichael@fenwick.com
FENWICK & WEST LLP
401 Union Street Floor 5
Seattle, WA 98101
Telephone: 206.389.4510

Garner Kropp (CSB No. 312585)
gkropp@fenwick.com
FENWICK & WEST LLP
555 California Street Floor 12
San Francisco, CA 94104
Telephone: 415.875.2300

Attorneys for PHIL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHIL, INC., | Case No.: 3:26-cv-504 |
| Plaintiff, | **COMPLAINT** |
| v. | **DEMAND FOR JURY TRIAL** |
| DGN PHARMACY, INC. d/b/a PERSONALRX, | |
| Defendant. | |

COMPLAINT                                                        Case No. 3:26-cv-504

Plaintiff Phil, Inc. files this Complaint against Defendant DGN Pharmacy, Inc. d/b/a PersonalRx and alleges as follows:

## NATURE OF THE ACTION

1.    This is a breach of contract action for PersonalRx to make good on its promise to pay Phil for prescription medicine that Phil and its affiliate, Western Wellness Solutions, Inc. provided to PersonalRx.

2.    Phil and PersonalRx signed a contract where Phil directs prescriptions to PersonalRx to review and fill.  Under the contract, PersonalRx may buy product from Phil and Western Wellness to fill prescriptions.

3.    For months, PersonalRx got the value of the bargain, as Phil directed hundreds of patients with thousands of prescriptions to PersonalRx.  Phil and Western Wellness provided PersonalRx the product to dispense.  All that PersonalRx had to do was pay Phil and Western Wellness back.  But PersonalRx has refused, accumulating millions of dollars in unpaid invoices. Phil brings this action to hold PersonalRx to the straightforward terms of the contract it signed.

## THE PARTIES

4.    Phil is a corporation organized under the laws of Delaware, with a principal place of business at 14500 N. Northsight Blvd, Suite 307, Scottsdale, Arizona.  Phil is a platform that connects pharmaceutical manufacturers, healthcare providers, and patients to streamline the prescription fulfillment process.  Phil offers an end-to-end system to transmit prescriptions directly to a nationwide network of partner pharmacies, while facilitating prior authorization, insurance benefit verification, and patient onboarding.  Phil's platform reduces administrative burdens for healthcare providers, shortens time-to-therapy for patients, and helps manufacturers improve adherence and outcomes for their therapies.

5.    PersonalRx is a corporation organized under the laws of New Jersey with a principal place of business at 20 Murray Hill Parkway, Suite 210 in East Rutherford, New Jersey.  PersonalRx is a pharmacy that contracted with Phil to dispense prescriptions to patients through Phil's platform.

FENWICK & WEST LLP

## JURISDICTION AND VENUE

6.      This Court has subject matter jurisdiction under 28 U.S.C. § 1332 as no defendant in this action is a resident of the same state as the plaintiff, and the amount in controversy exceeds $75,000.

7.      This Court has personal jurisdiction over PersonalRx because PersonalRx agreed that Phil can bring this action to collect on debts in any court in any jurisdiction; committed and/or contributed to the commission of the unlawful acts in this judicial district described in this Complaint; registered for and engaged in business activities in and directed to this judicial district; and otherwise purposely availed itself of the privileges and benefits of the laws of the State of California.

8.      Venue is proper in this judicial district under 28 U.S.C. § 1391 because PersonalRx breached the contract by failing to pay invoices issued in this district.  PersonalRx has targeted sales to California residents in this district at least by operating a fully interactive commercial website, https://personalrx.com, offering prescriptions for sale to California residents in this district.  PersonalRx committed unlawful acts in this district and wrongfully caused Phil substantial injury in this district.

## DIVISIONAL ASSIGNMENT

9.      Events giving rise to this action occurred in Alameda County.  PersonalRx breached the contract at issue by failing to pay invoices issued in San Leandro, California.

## PHIL'S INNOVATIVE PRESCRIPTION PLATFORM

10.     A patient's journey to consume prescription drugs is often too complicated.  The patient first must consult a provider.  If the provider writes a prescription, the patient needs to find a pharmacy to dispense the drug.  After the patient chooses a pharmacy, the provider needs to transfer the patient's prescription information to the pharmacy.  The pharmacy needs to review the information and check whether the patient's insurance will cover the drug.  Often times for non-generic drugs, the insurer will require the patient's provider to submit a Prior Authorization to approve coverage.  After the Prior Authorization is submitted, the pharmacy then must figure out if coverage has been approved, what portion of the cost the insurer will cover, and what to charge

FENWICK & WEST LLP

the patient based on their plan copay and deductible. Only then can the pharmacy dispense the prescription to the patient, assuming the patient agrees to pay the resulting out of pocket costs. And even if the patient gets the first prescription, pharmacies may need to cycle through these steps again throughout the patient's therapy. Filling a prescription is an administrative labyrinth for providers, patients, pharmacies, insurers, and pharmaceutical companies.

11. Phil was founded in 2015 by Dr. Deepak Thomas, who saw major gaps in prescription access and adherence. After Dr. Thomas was diagnosed with a chronic illness, he lost time and money trying to navigate his own care, often calling doctors and insurers during lunch breaks and paying for care out of pocket while waiting for insurance to kick in. Dr. Thomas had a vision to create a compliant platform that connected physicians, pharmacies, and patients to reduce delays from insurance approvals, broken communication channels, and administrative morass.

12. Phil simplifies the prescription process through one digital hub. For patients, Phil offers an e-commerce-like enrollment process to submit insurance information and obtain an insurance coverage determination, and a pharmacy network integrated with insurers to easily find a pharmacy that can dispense the drug, often via mail. For providers, Phil provides a seamless prescription and Prior Authorization process to write the prescription, submit to the patient's insurer, and coordinate the sharing of that information with dispensing pharmacies. For pharmacies, Phil automates many laborious workstreams like prior authorization determinations, refill reminders, and patient inquiries. And for pharmaceutical companies, Phil ensures that eligible patients gain better access to care, while providing prescription lifecycle data to improve patient adherence and outcomes. Phil's hub allows each link in the prescription chain to communicate better.

**PHIL AND PERSONALRX'S CONTRACT AND PERSONALRX'S BREACH**

13. PersonalRx is an online pharmacy. In 2024, PersonalRx chose to join Phil's platform. The parties entered into a Service and Product Acquisition Agreement (the "Services Agreement"), effective September 24, 2024. Phil signed this agreement in California.

14.     Among other things in the Services Agreement, PersonalRx agreed to promptly process all prescriptions that it received through Phil's platform.  PersonalRx agreed to bill and collect from patients' insurance companies for those prescriptions.

15.     Phil offered wholesale drug sales to PersonalRx through Phil's affiliate, Western Wellness.  PersonalRx agreed to pay for those wholesale purchases from Western Wellness. Western Wellness is headquartered in San Leandro, California.

16.     PersonalRx guaranteed its liabilities to Phil from the Services Agreement with PersonalRx's own personal property, including any business accounts, inventory, and equipment. PersonalRx also agreed to other remedies if it breached the Services Agreement, including (a) a 3 percent interest charge on any monthly balances owed to Phil and delinquent for more than 15 days, and (b) attorneys' fees and costs Phil incurs to collect amounts PersonalRx owes.

17.     Phil began directing patients to PersonalRx, and PersonalRx began dispensing prescriptions to them.  In about six months, Phil connected hundreds of patients to PersonalRx, who filled thousands of prescriptions for them.  Phil satisfied its obligations in the Services Agreement.

18.     PersonalRx did not.  PersonalRx started placing orders with Western Wellness almost every day.  Some orders approached $100,000.  Western Wellness issued timely invoices to PersonalRx for these orders.

19.     PersonalRx did not pay these invoices.  From January to March 2025, PersonalRx amassed over $2 million in unpaid invoices.  To date, PersonalRx has not paid its outstanding debts as required by the Service Agreement.  For months, Phil tried to work with PersonalRx to develop a plan for PersonalRx to repay its outstanding debt and for the parties to continue their relationship. PersonalRx refuses and has no viable plan to satisfy what it owes.  In the Service Agreement, PersonalRx agreed that Phil may bring an action to collect money that PersonalRx owes from that agreement.  PersonalRx left Phil with no other choice than filing this complaint.

**FIRST CAUSE OF ACTION**

**BREACH OF CONTRACT**

20.    Phil incorporates by reference its allegations contained in the preceding paragraphs.

21.    On or about September 24, 2024, PersonalRx entered into a valid contract with Phil: the Services Agreement.

22.    Under the Services Agreement, PersonalRx agreed to pay the invoices for prescription drugs purchased under the Service Agreement.

23.    Western Wellness issued invoices to PersonalRx.  PersonalRx has not paid each invoice.  PersonalRx materially breached the Services Agreement by failing to pay these invoices.

24.    As a direct and proximate result of PersonalRx's breach, Phil has been damaged in an amount to be determined at trial.

25.    As a direct and foreseeable result of PersonalRx's breach, Phil has suffered and will continue to suffer financial harm.

26.    Phil fulfilled all duties it owes under the Services Agreement and has not breached the Services Agreement.

**PRAYER FOR RELIEF**

WHEREFORE, Phil prays for the following relief:

a.  A judgment that PersonalRx breached the Service Agreement under the cause of action asserted in this Complaint;

b.  A judgment requiring that PersonalRx pay Phil all its damages caused by PersonalRx's unlawful acts, with prejudgment and post-judgment interest, as well as post-trial damages for any ongoing breach;

c.  A judgment requiring that PersonalRx pay Phil nominal damages for PersonalRx's breach;

d.  A judgment awarding Phil its reasonable attorneys' fees, costs, disbursements, and interest, as provided by law and the Services Agreement; and

e.   Such other relief as the Court deems just and appropriate.

**DEMAND FOR JURY TRIAL**

Pursuant to Federal Rule of Civil Procedure 38, Phil hereby demands a jury trial as to all issues so triable.

Dated: January 16, 2026                    Respectfully submitted,

FENWICK & WEST LLP

By:  /s/ Jonathan T. McMichael

Jonathan T. McMichael
Garner Kropp

*Attorneys for Plaintiff*
*PHIL, INC.*

FENWICK & WEST LLP

COMPLAINT                               7                        Case No. 3:26-cv-504